The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW ALVAREZ and SCOTT HALLIWELL, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>REALPAGE, INC., a Delaware corporation; GREYSTAR REAL ESTATE PARTNERS, LLC, a Delaware limited liability company; LINCOLN PROPERTY COMPANY, a Texas corporation; FPI MANAGEMENT, INC., a California corporation; MID-AMERICA APARTMENT COMMUNITIES, INC., a Tennessee corporation; AVENUE5 RESIDENTIAL, LLC, a Delaware limited liability company; EQUITY RESIDENTIAL, a Maryland real estate investment trust; ESSEX PROPERTY TRUST, INC., a Maryland corporation; ESSEX MANAGEMENT CORPORATION, a California corporation; AVALONBAY COMMUNITIES, INC., a Maryland corporation; CAMDEN PROPERTY TRUST, a Texas real estate investment trust; THRIVE COMMUNITIES MANAGEMENT, LLC, a Washington limited liability company; and SECURITY PROPERTIES INC., a Washington corporation,<br><br>                Defendants. | No. 2:22-cv-01617-BJR<br><br>DEFENDANT REALPAGE, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT |

CORPORATE DISCLOSURE OF REALPAGE INC. - 1
Case No. 2:22-CV-01617-BJR

**BRADLEY BERNSTEIN SANDS LLP**
113 CHERRY ST. PMB 62056
SEATTLE, WA 98104-2205
206.337.6551

Defendant RealPage, Inc., through its undersigned counsel and pursuant to Local Civil Rule 7.1 of the Western District of Washington, hereby certifies the following:

Defendant RealPage, Inc. is a privately held company, and no publicly held corporate entity owns more than 10% of its stock. Defendant RealPage, Inc. is wholly owned by RealPage Holdings, LLC. The sole member of RealPage Holdings, LLC is RealPage Intermediate Holdings, Inc. RealPage Intermediate Holdings, Inc. is wholly owned by RealPage Parent, LP, which is a private partnership.

DATE: November 30, 2022.

BRADLEY BERNSTEIN SANDS LLP


By */s/ Heidi B. Bradley*
Heidi B. Bradley, WSBA No. 35759
hbradley@bradleybernsteinllp.com
113 Cherry St., PMB 62056
Seattle, WA 98104-2205
Telephone: (206)337-6551

Darin M. Sands, WSBA No. 35865
dsands@bradleybernsteinllp.com
1425 SW 20th Ave., Suite 201
Portland, OR 97201
Telephone: (503)734-2480

*Attorneys for Defendant RealPage, Inc.*

CORPORATE DISCLOSURE OF REALPAGE INC. - 2
Case No. 2:22-CV-01617-BJR

**BRADLEY BERNSTEIN SANDS LLP**
113 CHERRY ST. PMB 62056
SEATTLE, WA  98104-2205
206.337.6551

CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

DATED this 30th day of November, 2022.

*/s/Heidi B. Bradley*
Heidi B. Bradley

CORPORATE DISCLOSURE OF REALPAGE INC. - 3
Case No. 2:22-CV-01617-BJR

**BRADLEY BERNSTEIN SANDS LLP**
113 CHERRY ST. PMB 62056
SEATTLE, WA 98104-2205
206.337.6551