|   |   |
|---|---|
| 1 | The Honorable Barbara J. Rothstein |
| 2 |   |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW ALVAREZ and SCOTT HALLIWELL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REALPAGE, INC., a Delaware corporation; GREYSTAR REAL ESTATE PARTNERS, LLC, a Delaware limited liability company; LINCOLN PROPERTY COMPANY, a Texas corporation; FPI MANAGEMENT, INC., a California corporation; MID-AMERICA APARTMENT COMMUNITIES, INC., a Tennessee corporation; AVENUE5 RESIDENTIAL, LLC, a Delaware limited liability company; EQUITY RESIDENTIAL, a Maryland real estate investment trust; ESSEX PROPERTY TRUST, INC., a Maryland corporation; ESSEX MANAGEMENT CORPORATION, a California corporation; AVALONBAY COMMUNITIES, INC., a Maryland corporation; CAMDEN PROPERTY TRUST, a Texas real estate investment trust; THRIVE COMMUNITIES MANAGEMENT, LLC, a Washington limited liability company; and SECURITY PROPERTIES INC., a Washington corporation,<br><br>Defendants. | No. 2:22-cv-01617<br><br>STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT |

Pursuant to Local Civil Rules 7(d)(1), 7(j), and 10(g), Plaintiffs Matthew Alvarez and Scott Halliwell (together, "Plaintiffs") and Defendants RealPage, Inc., Greystar Real Estate Partners, LLC, Lincoln Property Company, FPI Management, Inc., Mid-America Apartment Communities, Inc., Avenue5 Residential LLC, Equity Residential, Essex Property Trust, Inc., Essex Management Corporation, AvalonBay Communities, Inc., Camden Property Trust Thrive Communities Management, LLC, and Security Properties Inc. (collectively, the "Stipulating Defendants"), by and through their respective counsel,[1] hereby stipulate as follows:

WHEREAS, Plaintiffs filed a Class Action Complaint (the "Complaint") on November 10, 2022.  ECF No. 1.

WHEREAS, Plaintiffs served Defendants RealPage, Inc., Greystar Real Estate Partners, LLC, Lincoln Property Company, FPI Management, Inc., Mid-America Apartment Communities, Inc., Avenue5 Residential LLC, Equity Residential, Essex Property Trust, Inc., Essex Management Corporation, AvalonBay Communities, Inc., Camden Property Trust, Thrive Communities Management, LLC, and Security Properties Inc. with process on or about November 17, 18, 22, 23, and 29, 2022.

WHEREAS, the Complaint asserts a claim under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s software.

WHEREAS, as of this filing, the parties are aware that one or more of the Stipulating Defendants are named in multiple other lawsuits, in other District Courts in California, Illinois, and New York, asserting claims under Section 1 of the Sherman Act based on the alleged use of RealPage, Inc.'s software.

---

[1] Greystar Real Estate Partners, LLC, Lincoln Property Company, Mid-America Apartment Communities, Inc., Avenue5 Residential LLC, Equity Residential, Essex Property Trust, Inc., Essex Management Corporation, AvalonBay Communities, Inc., and Camden Property Trust are still in the process of retaining local counsel for this action and have been represented by national counsel listed in the signature block below in conferences with Plaintiffs' counsel.

1    WHEREAS, Plaintiffs and the Stipulating Defendants have conferred telephonically
2 and by electronic mail, and have agreed that party and judicial efficiency would be best served
3 by suspending, for a short period of time, the deadline for the Stipulating Defendants to answer,
4 move to dismiss, or otherwise respond to the Complaint.

5    WHEREAS, Plaintiffs and the Stipulating Defendants have agreed to meet and confer
6 and file a status report with the Court by December 21, 2022 related to a schedule for the case.

7    WHEREAS, Plaintiffs anticipate that they will propose a Rule 12 briefing schedule in
8 the status report for the litigation that Plaintiffs think will efficiently and expeditiously move
9 the case forward.

10    WHEREAS, on November 28, 2022, Judge Robert S. Lasnik entered in *Navarro v.*
11 *RealPage, Inc. et al.*, No. 2:22-cv-01552-RSL (W.D. Wash.), an order similar to the subjoined
12 order based on a stipulation similar to this one.

13    WHEREAS, Plaintiffs have filed a Notice of Related Case identifying this case as
14 related to *Navarro v. RealPage, Inc. et al.*, No. 2:22-cv-01552-RSL (W.D. Wash.), which is
15 pending before Judge Robert S. Lasnik.  ECF No. 2.

16    In making this stipulation, the Stipulating Defendants do not waive, in this or any other
17 action, any (i) defenses or arguments for dismissal that may be available under Fed. R. Civ. P.
18 12; (ii) affirmative defenses under Fed. R. Civ. P. 8; (iii) other statutory or common law
19 defenses that may be available; or (iv) right to seek or oppose any reassignment, transfer, or
20 consolidated alternatives.  The Stipulating Defendants expressly reserve their rights to raise any
21 such defenses (or any other defense) in response to either the Complaint or any original,
22 amended, or consolidated complaint that may be filed in this or any other action.

23    THEREFORE, Plaintiffs and the Stipulating Defendants stipulate and agree to suspend
24 the deadline for the Stipulating Defendants to answer, move to dismiss, or otherwise respond to
25 the Complaint and request that the Court enter the subjoined order pursuant to this stipulation.

26    STIPULATED to this 30th day of November, 2022.

27
STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR DEFENDANTS TO RESPOND TO
COMPLAINT
No. 2:22-cv-01617
2

s/ *Alexander G. Tievsky*
Alexander G. Tievsky (WSBA No. 57125)
Jay Edelson (*pro hac vice* forthcoming)
Benjamin H. Richman (*pro hac vice* forthcoming)
David Mindell (*pro hac vice* forthcoming)
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, IL 60654

Rafey Balabanian (*pro hac vice* forthcoming)
Todd Logan (*pro hac vice* forthcoming)
Yaman Salahi (*pro hac vice* forthcoming)
P. Solange Hilfinger-Pardo (*pro hac vice* forthcoming)
EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111

*Counsel for Plaintiffs Matthew Alvarez and Scott Halliwell, Individually and on Behalf of All Others Similarly Situated*

s/ *Benjamin I. VandenBerghe*
Benjamin I. VandenBerghe (WSBA No. 35477)
MONTGOMERY PURDUE PLLC
701 Fifth Avenue, Suite 5500
Seattle, Washington 98104-7096

*Counsel for Defendant Thrive Communities Management, LLC*

s/ *J. Dino Vasquez*
J. Dino Vasquez (WSBA No. 25533)
KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, WA 98104-7055

*Counsel for Defendant Security Properties Inc.*

s/ *Heidi Bradley*
Heidi Bradley (WSBA No. 35759)
BRADLEY BERNSTEIN SANDS LLP
113 Cherry Street, PMB 62056
Seattle, Washington 98104-2205

Darin Sands (WSBA No. 35865)
BRADLEY BERNSTEIN SANDS LLP
1425 SW 20th Ave., Suite 201
Portland, OR 97201

*Counsel for Defendant RealPage, Inc.*

/s/ *Maren R. Norton*
Maren R. Norton (WSBA No. 35435)
maren.norton@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone:  (206) 624-0900
Facsimile:  (206) 386-7500

Charles H. Samel (*pro hac vice forthcoming*)
charles.samel@stoel.com
Edward C. Duckers (*pro hac vice* forthcoming)
ed.duckers@stoel.com
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: (415) 617-8900
Facsimile:  (415) 617-8907

George A. Guthrie (*pro hac vice* forthcoming)
gguthrie@wilkefleury.com
WILKE FLEURY LLP
621 Capitol Mall, Suite 900
Sacramento, CA 95814
Telephone: (916) 441-2430
Facsimile:  (916) 442-6664

*Counsel for Defendant FPI Management, Inc.*

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01617

**National Counsel Participating in Meet and Confer:**

s/ *James Kress*
James Kress (*pro hac vice* forthcoming)
Paul Cuomo (*pro hac vice* forthcoming)
BAKER BOTTS LLP
700 K. Street, NW
Washington, DC 20001-5692

Danny David (*pro hac vice* forthcoming)
BAKER BOTTS LLP
910 Louisiana Street
Houston, Texas 77002

*Counsel for Defendant Avenue5 Residential, LLC*

s/ *Carl W. Hittinger*
Carl W. Hittinger (*pro hac vice* forthcoming)
Jeffry W. Duffy (*pro hac vice* forthcoming)
BAKERHOSTETLER
1735 Market Street, Suite 3300
Philadelphia, PA 19103-7501

*Counsel for Defendant Equity Residential*

s/ *Gregory J. Casas*
Gregory J. Casas (*pro hac vice* forthcoming)
casasg@gtlaw.com
GREENBERG TRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, TX 78701-4052
Telephone: (512) 320-7200
Facsimile: (512) 320-7210

Robert J. Herrington (*pro hac vice* forthcoming)
HerringtonR@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Becky L. Caruso (*pro hac vice* forthcoming)
carusob@gtlaw.com

s/ *Britt M. Miller*
Britt M. Miller (*pro hac vice* forthcoming)
Daniel T. Fenske (*pro hac vice* forthcoming)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606

*Counsel for Defendant Mid-America Apartment Communities, Inc.*

s/ *Ryan Sandrock*
Ryan Sandrock (*pro hac vice* forthcoming)
SHOOK HARDY & BACON LLP
555 Mission Street, Suite 2300
San Francisco, CA 94105

Laurie A. Novion (*pro hac vice* forthcoming)
SHOOK HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108

Lynn H. Murray (*pro hac vice* forthcoming)
SHOOK HARDY & BACON LLP
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606

*Counsel for Defendant Camden Property Trust*

s/ *Belinda S Lee*
Belinda S Lee (*pro hac vice* forthcoming)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

E. Marcellus Williamson (*pro hac vice* forthcoming)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington DC, 20004

*Counsel for Defendant AvalonBay Communities, Inc.*

STIPULATED MOTION AND ORDER SUSPENDING DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT
No. 2:22-cv-01617

| | |
|---|---|
| GREENBERG TRAURIG, LLP<br>500 Campus Drive, Suite 400<br>Florham Park, NJ 07932<br>Telephone: (609) 442-1196<br>Facsimile: (973) 301-8410<br><br>*Counsel for Defendant Lincoln Property Co.*<br><br>s/ *Michael W. Scarborough*<br>Michael W. Scarborough (*pro hac vice* forthcoming)<br>Dylan I. Ballard (*pro hac vice* forthcoming)<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br><br>*Counsel for Defendants Essex Property Trust, Inc. and Essex Management Corporation* | s/ *William L. Monts, III*<br>William L. Monts, III (*pro hac vice* forthcoming)<br>Benjamin F. Holt (*pro hac vice* forthcoming)<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br><br>Michael M. Maddigan (*pro hac vice* forthcoming)<br>HOGAN LOVELLS US LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br><br>*Counsel for Defendant Greystar Real Estate Partners, LLC* |

**ORDER**

THIS MATTER came before the Court on the parties' Stipulated Motion to Suspend the Deadline for Defendants to Respond to the Complaint. Now, therefore,

IT IS HEREBY ORDERED THAT:

The deadline for Defendants RealPage, Inc., Greystar Real Estate Partners, LLC, Lincoln Property Company, FPI Management, Inc., Mid-America Apartment Communities, Inc., Avenue5 Residential LLC, Equity Residential, Essex Property Trust, Inc., Essex Management Corporation, AvalonBay Communities, Inc., Camden Property Trust, Thrive Communities Management, LLC, and Security Properties Inc. to answer, move to dismiss, or otherwise respond to the Complaint is suspended until the Court adopts a new date following the parties' submission of a proposed amended scheduling order on or before December 21, 2022.

Plaintiffs and Defendants RealPage, Inc., Greystar Real Estate Partners, LLC, Lincoln Property Company, FPI Management, Inc., Mid-America Apartment Communities, Inc., Avenue5 Residential LLC, Equity Residential, Essex Property Trust, Inc., Essex Management Corporation, AvalonBay Communities, Inc., Camden Property Trust, Thrive Communities Management, LLC, and Security Properties Inc. shall meet and confer and file a status report with the Court, no later than December 21, 2022, that includes a proposed order with an amended pretrial schedule.

DATED this 6th day of December, 2022.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 30th day of November, 2022.

                              s/ *Heidi Bradley*
                              Heidi Bradley